# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Aaron Mackey**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00544-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Aaron Fulton | ) | |
| City of Gastonia**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2022 Order.

November 14, 2022

Frank G. Johns, Clerk
United States District Court